# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE JARRELL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIGAS PROPANE, INC., a Pennsylvania corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:16-cv-01481-JST<br><br>[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE DEADLINE FOR EXCHANGE OF INITIAL DISCLOSURES, FILING OF RULE 26(f) REPORT, CASE MANAGEMENT CONFERENCE STATEMENT AND INITIAL CASE MANAGEMENT CONFERENCE<br><br>[FILED CONCURRENTLY WITH JOINT STIPULATION] |

## [PROPOSED] ORDER

Having read and considered the Parties' Joint Stipulation to Continue Deadline For Exchange of Initial Disclosures, Filing of Rule 26(f) Report, Case Management Conference Statement and Initial Case Management Conference (the "Stipulation"), and good cause appearing therefore,

The Court GRANTS the Stipulation and hereby continues the deadline to exchange initial disclosures, file the Rule 26(f) report, and file the Case Management Conference Statement to __August 8, 2016__. The Initial Case Management Conference previously scheduled for June 29, 2016 is continued to __August 17__, 2016.

**IT IS SO ORDERED.**

Dated: __June 16_____, 2016



DB2/ 30339645.1