JOSEPH D. LEE (State Bar No. 110840)
joseph.lee@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Tel.:  (213) 683-9100 / Fax:  (213) 687-3702

MALCOM A. HEINICKE (State Bar No. 194174)
malcom.heinicke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, CA  94105-2907
Tel.:  (415) 512-4029 / Fax:  (415) 644-6929

Attorneys for Defendant AMERIGAS PROPANE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE JARRELL, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIGAS PROPANE, Inc.; a Pennsylvania corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:16-CV-01481-JST<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER**<br><br>Judge:    Hon. Jon S. Tigar |

Please take notice that Amerigas Propane, Inc. ("Amerigas") hereby substitutes Joseph D. Lee and Malcolm A. Heinicke of the law firm of Munger, Tolles & Olson LLP, as counsel for AmeriGas in the above-captioned matter in place of Melinda S. Riechert and Nancy Villarreal of the law firm of Morgan, Lewis & Bockius LLP, 1400 Page Mill Road, Palo Alto, CA 94304.

Defendant AmeriGas hereby substitutes its counsel and attorney of record as follows:

<u>Former Counsel</u>:
Melinda S. Riechert
Nancy Villarreal
Morgan, Lewis & Bockius LLP
1400 Page Mill Road
Palo Alto, CA  94304
Telephone: (650) 843-4000
Melinda.riechert@morganlewis.com
nancy.villarreal@morganlewis.com

Case No. 3:16-CV-01481-JST
NOTICE OF SUBSTITUTION OF COUNSEL

New Counsel:
Joseph D. Lee
Joseph.lee@mto.com
Munger, Tolles & Olson LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9157 / Fax: (213) 687-3702

Malcolm A. Heinicke
Malcolm.heinicke@mto.com
Munger, Tolles & Olson LLP
560 Mission Street
San Francisco, CA 94105-2907
Tel.: (415) 512-4029 / Fax: (415) 644-6929

Please update service lists, and direct all future filings, discovery, and correspondence to Joseph D. Lee and Malcolm A. Heinicke.

The undersigned party consents to the above substitution of counsel.

DATED: July 11 2016          AMERIGAS PROPANE, INC.

                             BY: _____
                                 Michelle Bimson, Senior Counsel

DATED: July 11, 2016         MORGAN, LEWIS & BROCKIUS LLP

                             BY:   /s/ Melinda S. Riechert
                                   Melinda S. Riechert

DATED: July 11, 2016         MUNGER, TOLLES & OLSON LLP

                             BY:   /s/ Joseph D. Lee
                                   Joseph D. Lee

                             Attorneys for Defendant AMERIGAS PROPANE, INC.

**Attestation**: The filer of this document attests that the concurrence of the other signatory thereto (Ms. Reichert) has been obtained.

### ORDER

The above substitution of counsel is approved and IT IS SO ORDERED.

DATED: ___July 13___, 2016

                             _____
                             HONORABLE UNITED STATES
                             DISTRICT JUDGE

Case No. 3:16-CV-01481-JST
NOTICE OF SUBSTITUTION OF COUNSEL