UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE JARRELL, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIGAS PROPANE, Inc.; a Pennsylvania corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:16-CV-01481-JST<br><br>**[PROPOSED] ORDER ON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND JOINT CASE MANAGEMENT STATEMENT**<br><br>Case Management Conf.: December 7, 2016<br><br>Judge:   Hon. Jon S. Tigar |

The Court has read and considered the parties' Joint Report re Continuance of Mediation Date and Stipulation to Continue Case Management Conference and Joint Case Management Statement, and good cause appears for the issuance of this order.  IT IS THEREFORE ORDERED, as follows:

1. The Case Management Conference calendared for December 7, 2016 is hereby continued to ~~February 8, 2017 at 2:00 p.m.~~  February 15, 2017 at 2:00 p.m.

2. The deadline to a file Joint Case Management Conference Statement is hereby continued to ~~February 1, 2017.~~  February 6, 2017.

Dated: September 19, 2016

_____
Hon. Jon S. Tigar
United States District Judge

32105992.1