Shaun Setareh (SBN 204514)
    shaun@setarehlaw.com
H. Scott Leviant (SBN 200834)
    scott@setarehlaw.com
**SETAREH LAW GROUP**
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone:   (310) 888-7771
Facsimile:   (310) 888-0109

Attorneys for Plaintiff JIMMIE JARRELL


Joseph D. Lee (State Bar No. 110840)
    joseph.lee@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Tel.: (213) 683-9100 / Fax: (213) 687-3702

Malcolm A. Heinicke (State Bar No. 194174)
    malcom.heinicke@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street
San Francisco, CA 94105-2907
Tel.: (415) 512-4029 / Fax: (415) 644-6929

Attorneys for Defendant AMERIGAS PROPANE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE JARRELL, an individual, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>AMERIGAS PROPANE, Inc.; a Pennsylvania corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: 3:16-cv-01481-JST<br><br>CLASS ACTION<br><br>**POST MEDIATION STATEMENT AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:         February 15, 2017<br>Time:         2:00 p.m.<br>Courtroom:    Courtroom 9 – 19th Fl.<br>Judge:        Hon. Jon S. Tigar |

Plaintiff Jimmie Jarrell ("Plaintiff") and Defendant AmeriGas Propane, Inc. ("AmeriGas" or "Defendant") (collectively, the "Parties") hereby submit the following Joint Post-Mediation Statement and Stipulation to continue the Case Management Conference scheduled for February 15, 2017.

## I.  ADR Status

As previously reported to the Court, the parties agreed to mediate this case before a professional mediator, Mark Rudy, of Rudy, Exelrod, Zieff & Lowe LLP, a mediator with substantial experience in the specialized field of wage and hour class action litigation and mediation.  The mediation occurred on January 25, 2017, and, with the assistance of Mr. Rudy, the Parties agreed to terms of a proposed class action settlement that, if approved by this Court, would resolve this action.

At the conclusion of the mediation, a Memorandum of Understanding was signed, identifying the major terms of the settlement.  Counsel for Defendant have agreed to prepare the first draft of the complete set of settlement documents that will include a long form settlement agreement, proposed forms for notice to the settlement class members, and proposed preliminary and final approval orders.

## II.  Stipulation

Based on the foregoing, the Parties hereby stipulate and agree as follows:

1. That the Court vacate the February 15, 2017 Case Management Conference.
2. That the Court set a further Management Conference approximately 67 days after the February 15, 2017 date currently set for the Conference that will be vacated and continued to the hearing date of a Motion for Preliminary Approval if the Motion has been filed at least seven days prior to the continued date of the next Case Management Conference and the Court is notified of the filing in a Joint Report.

**IT IS SO STIPULATED.**

Dated: February 6, 2017
                                          **SETAREH LAW GROUP**

                                          By: _____
                                          Shaun Setareh
                                          H. Scott Leviant

                                          Attorneys for Plaintiff JIMMIE JARRELL

Dated: February 6, 2017									**MUNGER, TOLLES & OLSON LLP**

										By:  /s Joseph D. Lee, by permission
											Joseph D. Lee
											Malcolm A. Heinicke

										Attorneys for Defendant AMERIGAS PROPANE, INC.

### CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 5.5-1(i)(3)

Pursuant to Civil L.R. 5.5-1(i)(3), I, H. Scott Leviant, certify that I have obtained the concurrence of all of the other signatories listed below to file this document.

Dated: February 6, 2017									**SETAREH LAW GROUP**

										By:  _____
											H. Scott Leviant

**[PROPOSED] ORDER**

  Jimmie Jarrell ("Plaintiff") and Defendant AmeriGas Propane, Inc. ("AmeriGas" or "Defendant") (collectively, the "Parties"), entered into a Joint Stipulation to continue the February 15, 2017 Case Management Conference following a provisional class action settlement. After considering the Stipulation of the Parties, the facts upon which the Stipulation is based, and good cause appearing, it is hereby ORDERED THAT:

  1. The February 15, 2017 Case Management Conference is vacated.

  2. A Case Management Conference is scheduled for ~~April 23, 2017~~ / __April 26, 2017__, 2017 ("the New Case Management Conference"). If a Motion for Preliminary Approval has been filed at least seven days prior to the date set for the New Case Management Conference, and the Court is notified of that filing in a Joint Report, the New Case Management Conference shall be continued from the date set pursuant to this Order to the date set for hearing of the Motion for Preliminary Approval.

  **IT IS SO ORDERED.**

Dated: February 7, 2017

                  Hon. Jon S. Tigar
                 UNITED STATES DISTRICT JUDGE