1  JOSEPH D. LEE (State Bar No. 110840)
   joseph.lee@mto.com
2  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, 50th Floor
3  Los Angeles, California 90071-3426
   Tel.:  (213) 683-9100 / Fax:  (213) 687-3702
4
   MALCOM A. HEINICKE (State Bar No. 194174)
5  malcom.heinicke@mto.com
   AARON D. PENNEKAMP (State Bar No. 290550)
6  aaron.pennekamp@mto.com
   MUNGER, TOLLES & OLSON LLP
7  560 Mission Street, 27th Floor
   San Francisco, CA  94105-2907
8  Tel.:  (415) 512-4029 / Fax:  (415) 644-6929
9  Attorneys for Defendant AMERIGAS
   PROPANE, INC.
10
11                 UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| 14  JIMMIE JARRELL, an individual, on behalf of himself and all others similarly situated, | Case No. 3:16-CV-01481-JST |
| 15            Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |
| 16       vs. | |
| 17  AMERIGAS PROPANE, Inc.; a Pennsylvania corporation; and DOES 1 through 50, inclusive, | Judge:   Hon. Jon S. Tigar |
| 18 | Date:   April 26, 2017 |
| 19            Defendants. | Time:   2:00 p.m. Courtroom:   Courtroom 9 – 19th Fl. Judge:   Hon. Jon S. Tigar |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

Jimmie Jarrell ("Plaintiff") and Defendant AmeriGas Propane, Inc. ("AmeriGas") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

### A. ADR Status

As previously reported to the Court, the parties reached a settlement of this wage and hour class action in a mediation conducted before Mark Rudy, of Rudy, Exelrod, Zieff & Lowe LLP, a professional mediator with substantial experience in the specialized field of wage and hour class action litigation and mediation. At the conclusion of the mediation, a Memorandum of Understanding was signed, identifying the major terms of the settlement. Counsel for AmeriGas have prepared a first draft of the settlement documents, including a long form settlement agreement, proposed forms for notice to the settlement class members, and proposed preliminary and final approval orders. Class counsel are presently reviewing and commenting on the settlement documents and are preparing a motion for preliminary approval of the settlement.

This Court, by order dated February 7, 2017, scheduled a Case Management Conference for April 26, 2017 ("the New Case Management Conference"). The Court further ordered that if a Motion for Preliminary Approval has been filed at least seven days prior to that date, the New Case Management Conference shall be continued to the date set for hearing of the Motion for Preliminary Approval.

By this stipulation, the Parties jointly request an additional three weeks within which to finalize the settlement documents and submit a motion for preliminary approval to the Court. Such period is necessary in order to resolve any remaining issues respecting the form of the settlement documents, and to give class counsel sufficient time to draft the preliminary approval motion.

### B. Stipulation

In view of the foregoing, the Parties hereby stipulate and agree as follows:

1. The April 26, 2017 Case Management Conference is vacated.

2. A Case Management Conference is scheduled for May 17, 2017 ("the New Case Management Conference"). If a Motion for Preliminary Approval has been filed at

least seven days prior to the date set for the New Case Management Conference, the

New Case Management Conference shall be continued from the date set pursuant to

this Order to the date set for hearing of the Motion for Preliminary Approval.

**IT IS SO STIPULATED.**

DATED: April 14, 2017            SETAREH LAW GROUP, PC
                                           SHAUN SETAREH
                                           H. SCOTT LEVIANT

By:       /s/ H. Scott Leviant
           H. SCOTT LEVIANT

Attorneys for Plaintiff JIMMIE JARRELL

DATED:  April 14, 2017           MUNGER, TOLLES & OLSON LLP
                                             JOSEPH D. LEE
                                           MALCOLM A. HEINICKE
                                           AARON D. PENNEKAMP

By:       /s/ Joseph D. Lee
           JOSEPH D. LEE
Attorneys for Defendant AMERIGAS PROPANE, INC.

**CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 5.5-1(i)(3)**

Pursuant to Civil L.R. 5.5-1(i)(3), I, H. Scott Leviant, certify that I have obtained the

concurrence of all of the other signatories listed below to file this document.

Dated:  April 14, 2017              **SETAREH LAW GROUP**

By:     /s/ H. Scott Leviant
           H. Scott Leviant

**[PROPOSED] ORDER**

Jimmie Jarrell ("Plaintiff") and Defendant AmeriGas Propane, Inc. ("AmeriGas") (collectively, the "Parties"), entered into a Joint Stipulation to continue the April 26, 2017 Case Management Conference following a provisional class action settlement. After considering the Stipulation of the Parties, the facts upon which the Stipulation is based, and good cause appearing, it is hereby ORDERED that:

1. The April 26, 2017 Case Management Conference is vacated.

2. A Case Management Conference is scheduled for ~~May 17, 2017~~ May 24, 2017 ("the New Case Management Conference"). If a Motion for Preliminary Approval has been filed at least seven days prior to the date set for the New Case Management Conference, the New Case Management Conference shall be continued from the date set pursuant to this Order to the date set for hearing of the Motion for Preliminary Approval. The Court will not continue the CMC further.

**IT IS SO ORDERED**.

Dated:  April 17, 2017

_____
Hon. Jon S. Tigar
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE